IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAR 24 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 10cv222-JPG |
| vs. ) | |
| ) | |
| THELMA MACKEY, ) | |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

The United States of America having filed its complaint, and the defendant, Thelma Mackey, having waived her right to file an answer and waived any defense which she may have to the entry of judgment, and sufficient reason appearing for the entry of said judgment:

IT IS HEREBY ORDERED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant, Thelma Mackey, on Count I of the Complaint in the total sum of $27,996.00 as of February 24, 2010. The defendant shall have the option to satisfy this judgment by paying to the Social Security Administration, Attn: Court Refund at P.O. Box 2861, Philadelphia, PA 19122; or in person to 250 W. Cherry St., Carbondale, IL 62901, the sum of $158.00 per month, said payments to begin on April 30, 2010. This payment schedule is subject to annual review for increase. That if the defendant fails to pay the installments when due, the option to satisfy said judgment is canceled and plaintiff shall be entitled to proceed by law.

The total amount of the judgment in favor of the plaintiff, United States of America, and against the defendant, Thelma Mackey, is $27,996.00.

IT IS FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket.

DATED: 3-24-10

_____
United States District Judge

Entry of the foregoing judgment
is hereby consented to:

_____      3-23-10
Gerald M. Burke                      Date
Assistant United States Attorney


_____      3-23-10
Thelma Mackey                        Date
Defendant

2